# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141659(44)(46)(50)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD CARL ROSE,
      Defendant-Appellant.

_____

SC: 141659
COA: 290936
Allegan CC: 07-015359-FC

      On order of the Chief Justice, the motion by plaintiff-appellee for extension to May 11, 2011 of the time for filing their brief on appeal is granted. The motion by the University of Michigan School of Social Work Family Assessment Clinic and others for leave to file a brief *amicus curiae* is considered and it is granted. The motion by the Attorney General for leave to participate in oral argument and to the extension of seven minutes of the time allotted to plaintiff-appellee is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk